IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ASTON JAVON WARDLOW                                              PLAINTIFF
#2032872

v.                          No. 2:24-cv-214-DPM

MIKE ALLEN, Sheriff,
Crittenden County;
SARAH HUCKABEE SANDERS,
Governor, State of Arkansas;
CHRIS WELLS, Sheriff, Osage
County; LAURA KELLY, Governor,
State of Kansas                                                  DEFENDANTS

ORDER

The Court has received Wardlow's notice about mail problems, *Doc. 7*. The Court directs the Clerk to send him another copy of *Doc. 5* and *Doc. 6*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2025