# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ASTON JAVON WARDLOW**                                          **PLAINTIFF**
**#2032872**

**v.**                          **No. 2:24-cv-214-DPM**

**MIKE ALLEN, Sheriff,**
**Crittenden County;**
**SARAH HUCKABEE SANDERS,**
**Governor, State of Arkansas;**
**CHRIS WELLS, Sheriff, Osage**
**County; LAURA KELLY, Governor,**
**State of Kansas**                                        **DEFENDANTS**

## ORDER

Wardlow's status report, *Doc. 9*, appreciated. This case remains stayed and administratively terminated pending the appeal in his state case. Wardlow must move to reopen within sixty days of that final resolution. If he doesn't file a timely motion to reopen or a second status report by 29 May 2026, the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

22 December 2025