## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

ASTON JAVON WARDLOW                                    PLAINTIFF
ADC #188862

v.                              No. 2:24-cv-214-DPM

MIKE ALLEN, Sheriff,
Crittenden County;
SARAH HUCKABEE-SANDERS,
Governor, State of Arkansas;
CHRIS WELLS, Sheriff, Osage
County; LAURA KELLY, Governor,
State of Kansas                                       DEFENDANTS

### ORDER

Wardlow hasn't filed a status report or a motion to reopen this case; and the time to do so has passed. *Doc. 10.* The Court will therefore reopen this case and dismiss it without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2026