# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

ASTON JAVON WARDLOW                                              PLAINTIFF
ADC #188862

v.                              No. 2:24-cv-214-DPM

MIKE ALLEN, Sheriff,
Crittenden County;
SARAH HUCKABEE-SANDERS,
Governor, State of Arkansas;
CHRIS WELLS,  Sheriff, Osage
County;  LAURA KELLY, Governor,
State of Kansas                                                 DEFENDANTS

## JUDGMENT

Wardlow's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2024